[No. 10954-5-I.  Division One.  March 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
C. DIXON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00403–7, Jack S. Kurtz, J., entered October 9, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams and Ringold, JJ.

[No. 11294-5-I.  Division One.  March 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
W. HAGBERG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02213–4, Gerard M. Shellan, J., entered January 4, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Callow and Scholfield, JJ.

[No. 9897-7-I.  Division One.  March 21, 1983.]

WESTERN WASHINGTON LABORERS–EMPLOYERS HEALTH &
SECURITY TRUST FUND, ET AL, *Appellants,*
v. BUREN C. REEDER, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 863443, Frank H. Roberts, Jr., J., entered January 27, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Callow, J.